IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY L. ASHTON, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 3:09-CV-00759-B |
| KNIGHT TRANSPORTATION, INC. and GEORGE M. MUTHEE, | § § § | |
| Defendants. | § § | |

**APPENDIX TO PLAINTIFF KELLY ASHTON'S MOTION
FOR SANCTIONS FOR SPOLIATION
OR
FOR AN ADVERSE-INFERENCE JURY INSTRUCTION
AND BRIEF IN SUPPORT**

1.    Emails from K Ballinger

2.    Kansas Highway Patrol Records

3.    Knight's Unit Locations Display

4.    Photos of cars and  motorcycles

5.    Photograph of Knight's vehicle fairing

6.    Affidavit of Scott Walker

7.    Volvo Title

8.    Declaration of Billy Chick

9.      Knight's First Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories

10.     Volvo Repair Order

11.     Tire Distribution Systems, Inc. receipts

12.     Knight's Responses and Objections to Kelly Ashton's Third Set of Interrogatories

13.     Affidavit of Robert McKinzie

14.     Ryan M. Rezzelle Report

15.     Ryan M. Rezzelle Website

16.     Ryan M. Rezzelle Forensic DNA Testing Program website

17.     Knight Transportation Service Center Locations

18.     Email exchanged between K Ballinger and R McKinzie

19.     Knight's Initial Rule 26 Disclosure

20.     Knight's Expert Disclosures

21.     Ashton's First Request for Production to Defendant Knight Transportation

22.     Knight's Responses and Objections to Plaintiff's First Request for Production

23.     Knight's Driver Violation Inquiry

24.     Email exchange between M. Pezzulli and D. Karp

25.     Knight's Screenshot for Driver's Violation Inquiry

26.     Excerpts from Stopper & Associates expert report

27.     September 23, 2009 correspondence from C Barnes to D Karp regarding discovery issues

28.     Qualcomm Equipment communications

29.     Knight's original production of Qualcomm email messages

APPENDIX TO PLAINTIFF KELLY ASHTON'S MOTION FOR SANCTIONS FOR SPOLIATION       Page 2
OR FOR AN ADVERSE-INFERENCE JURY INSTRUCTION
AND BRIEF IN SUPPORT

30.    Email exchange between M. Pezzulli and D. Karp regarding Qualcomm supplementation

31.    Driver's Daily Logs

32.    Photos of G. Muthee's cell phone

33.    Ontario Police Department records

34.    Brett Sant deposition excerpts

35.    Will Helton deposition excerpts

36.    Roger Warren, M.D. deposition excerpts

37.    K Ballinger deposition excerpts

38.    G Muthee deposition excerpts

Respectfully submitted,

/s/ Michael F. Pezzulli____
    MICHAEL F. PEZZULLI
    State Bar No. 15881900
    CHRISTOPHER L. BARNES
    State Bar No. 00792175
    **PEZZULLI BARNES, LLP**
    17300 Preston Road, Suite 220
    Dallas, Texas  75252
    (972) 713-1300
    (972) 713-1333 fax

    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on September 23, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Michael F. Pezzulli
Christopher L. Barnes