UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY L. ASHTON, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0759-B |
| KNIGHT TRANSPORTATION, INC. and GEORGE M. MUTHEE, | § § § § | |
| Defendants. | § | |

ORDER SETTING HEARING

Before the Court is Plaintiff's Motion for Sanctions for Spoliation (doc. 98).  Due to the serious nature of the allegations,[1] the Court has determined that an evidentiary hearing is appropriate.  Accordingly, an evidentiary hearing on the Motion is set for:

**Tuesday, November 16, 2010, at 8:00 a.m.**
**and to continue on Wednesday, November 17, 2010**
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Lead counsel for the parties shall be present.  In preparation for the hearing, the parties shall comply with the following deadlines:

---

[1]The potential sanctions for spoliation of evidence may, if proven and, depending upon the degree of culpability and the extent of the prejudice,  include an adverse inference jury instruction or, in the most egregious cases, the striking of pleadings. *See Rimkus Consulting Group, Inc., v. Cammarata,* 688 F. Supp.2d 598, 611-620 (S.D. Tex. 2010).

| Deadline to File Response in Opposition to Plaintiffs' Motion (¶ 1) | October 12, 2010 |
|---|---|
| Deadline to File Reply in Further Support of Plaintiffs' Motion (¶ 2) | October 19, 2010 |
| Deadline to File Witness List and Exhibit List (¶ 3) | October 26, 2010 |
| Exchange of Exhibits (including Demonstratives) (¶ 4) | October 26, 2010 |
| Spoliation Hearing (¶ 5) | November 16 & 17, 2010 |

1. **Deadline to File Response in Opposition:** The Defendants are to file their response in opposition to Plaintiff's Motion no later than October 12, 2010.

2. **Deadline to File Reply Brief:** The Plaintiff is to file her reply brief in further support of her Spoliation Motion no later than October 19, 2010. The contents of the reply brief shall be limited to rebuttal of arguments raised in the opposing party's response brief. New arguments are not to be proffered for the first time in the reply briefing.

3. **Deadline to File Witness and Exhibit Lists:** The parties shall file a copy of their witness and exhibit lists with the Court no later than October 26, 2010.

4. **Exchange of Exhibits:** The parties are to exchange exhibits no later than October 26, 2010. In addition to exchanging exhibits, the parties shall also exchange any demonstratives they intend to use at the hearing to prevent unfair surprise. The parties are further directed to provide courtesy copies of the exhibits with the Court by October 26, 2010.

5. **Spoliation Hearing:** At the hearing, counsel must be prepared to discuss their

respective positions regarding the Motion, scheduling issues, and other matters related to the disposition of this case. The hearing will last for two days, and each party will be allotted five hours to present its argument. Counsel shall plan their presentations accordingly. The Court expects strict adherence to the foregoing guidelines. The parties shall notify the Court of any conflict with the foregoing schedule within three days of the date of the entry of this Order.

**SO ORDERED.**

**DATED September 28, 2010**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE