**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KELLY L. ASHTON, Individually and** | § | |
| **as the Independent Executor of the Estate** | § | |
| **of Donald Ray Ashton, Deceased,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. No. 3-09-cv-0759-B** |
| | § | |
| **KNIGHT TRANSPORTATION, INC.** | § | |
| **and GEORGE M. MUTHEE** | § | |
| | § | |
| **Defendants.** | § | |

**APPENDIX**

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR
SPOLIATION OR FOR ADVERSE INFERENCE AND BRIEF IN SUPPORT**

**MICHAEL P. SHARP**
State Bar No. 00788857
**DANIEL M. KARP**
State Bar No. 24012937
**REBECCA E. BELL**
State Bar No. 24026795
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
KNIGHT TRANSPORATION, INC.
AND GEORGE M. MUTHEE**

## <u>APPENDIX</u>

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OR FOR ADVERSE INFERENCE AND BRIEF IN SUPPORT

Deposition Excerpts of Kip Ballinger ................................................................................ A

Deposition Experts of George Muthee ...............................................................................B

Deposition Experts of William Abner Helton ....................................................................C

Deposition Experts of Brett Allen Sant ............................................................................. D

Kansas Highway Patrol – State of Kansas Motor Vehicle Accident Report .....................E

Report of Robert S. McKinzie.............................................................................................F

Declaration of Billy Chick................................................................................................. G

Defendant Knight Transportation, Inc.'s 1st Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, Response No. 5 ............................... H

Repair Records, KTI 14, 350-51, 604-07 ............................................................................I

Excerpt from Defendant's Response to Interrogatory No. 10.............................................J

Ryan Rezzell, MFS, CCSA, Kansas City Policy Criminal Laboratory, Crime Scene Investigations: An Introduction to Evident for First Responders................. K

Report of Ryan Rezzell.......................................................................................................L

Quad K. Leasing, Inc. Repair Order Detail Order, KTI 67-70...........................................M