## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KELLY L. ASHTON, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, | § § § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 3-09-cv-0759-B |
| | § | |
| KNIGHT TRANSPORTATION, INC. and GEORGE M. MUTHEE | § § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' TABLE OF CONTENTS FOR THEIR RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OR FOR ADVERSE INFERENCE AND BRIEF IN SUPPORT

**MICHAEL P. SHARP**
State Bar No. 00788857
**DANIEL M. KARP**
State Bar No. 24012937
**REBECCA E. BELL**
State Bar No. 24026795
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
KNIGHT TRANSPORATION, INC.
AND GEORGE M. MUTHEE**

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................ii

TABLE OF AUTHORITIES..................................................................................................iii

I.    **PLAINTIFF'S REQUEST FOR SANCTIONS IGNORES RELEVANT EVENTS** ................................................................................................................ 1

II.    **PLAINTIFF'S REQUEST FOR SANCTIONS IGNORES RELEVANT LAW** ...................................................................................................................... 3

    A.    Spoliation Requisite: Duty to Preserve ........................................................  4

    B.    Spoliation Requisite: The Destruction of Significant and Meaningful Alteration of Evidence ..................................................................................5

    C.    Spoliation Requisite: Bad Faith ........................................................... 6

    D.    Plaintiffs' Request for Sanctions Based upon "Tampering of Evidence" During Police Investigation Should be Denied...................................................... 8

III.    **PLAINTIFF'S REQUEST FOR SANCTIONS ARISING UNDER THE SPOLIATION DOCTRINE IGNORES RELEVANT EVIDENCE** ........................ 12

    A.    Plaintiff's Request for Sanctions Based upon Presumed Effect of Evidence on Police Investigation Should Be Denied........................................................ 13

    B.    Plaintiff's Request for Sanctions Based upon the Inspection of Robert Steve McKenzie and Testing of Ryan Rezzell Should Be Denied ...................... 17

IV.    **PLAINTIFF'S REQUEST FOR SANCTIONS ON GROUNDS OF "DISCOVERY MISCONDUCT" IGNORES THE DISCOVERY PROCESS IN THIS CAUSE** ................................................................................................ 18

V.    **PLAINTIFF'S PROPOSED "REMEDIES" ARE INAPPROPRIATE** ................... 22

PRAYER ............................................................................................................................ 25

CERTIFICATE OF SERVICE.......................................................................................... 26

# TABLE OF AUTHORITIES

**Cases**                                                                                                    **Page(s)**

*Allen Penn Co. v. Springfield Photo Mount Co.*,
653 F.3d 17 (1st Cir. 1981), ...................................................................................................24

*Andrade Garcia v. Columbia Med. Ctr.*,
996 F. Supp. 605 (E.D. Tex. 1998), .........................................................................................3

*Aranburu v. Burlington*,
112 F.3d 1398 (10th Cir. 1997), ...........................................................................................15

*Chambers v. NASCO, Inc.*,
501 U.S. 32 (1991), ..............................................................................................................22

*Chilcutt v. United States*,
4 F.3d 1-13 and N.23 (5th Cir. 1993), ...................................................................................24

*Condrey v. SunTrust Bank of Ga.*,
431 F.3d 191 (5th Cir. 2005), ........................................................................................ *passim*

*Faas v. Sears Roebuck & Co.*,
532 F.3d 633 (7th Cir. 2008), .........................................................................................15, 24

*FDIC v. Hurwitz*,
384 F. Supp. 2d 1039 (S.D. Tex. 2005), ...............................................................................22

*Ford v. Potter*,
354 Fed. Appx. 28; 2009 U.S. App. LEXIS 24781 (5th Circ. 2009), ................................6. 8. 9

*Gomez v. Martin Marrietta Corp.*,
50 F.3d 1511 (10th Cir. 1995), .............................................................................................19

*Greyhound Lines, Inc. v. Wade*,
485 F.3d 1032 (8th Cir. 2007), .............................................................................................15

*GW Equity LLC v. Xcentric Ventures LLC*,
2009 WL 62168, *8 (N.D. Tex. Jan. 9, 2009), .......................................................................4

*Hodge v. Wal-Mart Stores, Inc.*,
360 F.3d 446 (4th Cir. 2004), ...............................................................................................24

*Insurance Corp. of Ireland, LTD. v. Compagnie des Bauxites*,
456 U.S. 694 (1982)........................................................................................................17, 24

iii

*King v. Illinois Central R.R.*,
    337 F.3d 550 (5th Cir. 2003), ...................................................................................3, 4

*Klein v. Stahl GMBH & Co. Maschinefabrik*,
    185 F.3d 98 (3d Cir. 1999),.......................................................................................22

*National Hockey League v. Metropolitan Hockey Club, Inc.*,
    427 U.S. 639 (1976),...................................................................................................19

*Natural Gas Pipeline Co. of Am. v. Energy Gathering, Inc.*,
    2 F.3d 1397 (5th Cir. 1993), .......................................................................................22

*Newby v. Enron Corp.*,
    302 F.3d 295 (5th Cir. 2002) .....................................................................................22

*Pension Committee of Univ. of Montreal Pension Plan v. Banc of America Security, LLC*,
    2010 U.S. District LEXIS 4546 (S.D.N.Y. Jan. 15, 2010), ...............................15, 24

*Rimkus Consulting Group, Inc. v. Cammarata*,
    688 F. Supp. 2d 598 (S.D. Tex. 2010) ............................................................ *passim*

*Russell v. Univ. of Texas*,
    234 Fed. Appx. 195 (5th Cir. 2007)......................................................................22, 25

*Schmidt v. Milwaukee Elec. Tool Corp.*,
    13 F.3d 76 (3d Cir. 1994), .........................................................................................23

*Smith v. American Founders Financial Corp.*,
    365 B.R. 647 (S.D. Tex. 2007), ....................................................................................4

*Stephenson v. Union Pacific Railroad Co.*,
    354 F.3d 739 (8th Cir. 2004) .....................................................................................15

*Super Future Equities, Inc. v. Wells Fargo Bank Minnesota, N.A.*,
    2008 WL 3261095, *12 (N.D. Tex. Aug. 8, 2008),......................................................4

*Tandy Crafts, Inc. v. Bublitz*,
    2002 U.S. District LEXIS 3353 (N.D. Tex. Feb. 27, 2002), ................................7, 25

*Turner v. Public Service Co. of Colorado*,
    563 F.3d 1136 (5th Cir. 2009), ...................................................................................24

*Whitt v. Stephens County*,
    529 F.3d 278 (5th Cir. 2008) ................................................................................14, 22

iv

*Vick v. Texas Employment Commission*,
514 F.2d 734 (5th Cir. 1975) .................................................................................7, 14, 22, 25

*Wal-Mart Stores, Inc. v. Johnson*,
106 S.W.3d 718 (Tex. 2003)...................................................................................................22

*Wyler v. Korean Airlines Co.*,
928 F.2d 1167 (D.C. Cir. 1991), ............................................................................................15

## Other State's Rules and Statutes             Page(s)

FED. R. CIV. P. 37 ............................................................................................................ 3