IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY L. ASHTON, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 3-09-cv-0759-B |
| KNIGHT TRANSPORTATION, INC. and GEORGE M. MUTHEE | § § § § | |
| Defendants. | § § | |

## APPENDIX

## DEFENDANTS' FIRST AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OR FOR ADVERSE INFERENCE AND BRIEF IN SUPPORT

**MICHAEL P. SHARP**
State Bar No. 00788857
**DANIEL M. KARP**
State Bar No. 24012937
**REBECCA E. BELL**
State Bar No. 24026795
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
KNIGHT TRANSPORATION, INC.
AND GEORGE M. MUTHEE**

## APPENDIX

## DEFENDANTS' FIRST AMENDED RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OR FOR ADVERSE INFERENCE AND BRIEF IN SUPPORT

Deposition Excerpts of Kip Ballinger ................................................................................ A

Deposition Experts of George Muthee ............................................................................... B

Deposition Experts of William Abner Helton .................................................................... C

Deposition Experts of Brett Allen Sant ............................................................................. D

Kansas Highway Patrol – State of Kansas Motor Vehicle Accident Report ..................... E

Report of Robert S. McKinzie ........................................................................................... F

Declaration of Billy Chick ................................................................................................. G

Defendant Knight Transportation, Inc.'s 1st Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, Response No. 5 ............................... H

Repair Records, KTI 14, 350-51, 604-07 ............................................................................ I

Excerpt from Defendant's Response to Interrogatory No. 10 ............................................. J

Ryan Rezzell, MFS, CCSA, Kansas City Policy Criminal Laboratory, Crime Scene Investigations: An Introduction to Evident for First Responders ................. K

Report of Ryan Rezzell ...................................................................................................... L

Quad K. Leasing, Inc. Repair Order Detail Order, KTI 67-70 .......................................... M