IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY L. ASHTON, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, | § § § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 3:09-CV-00759-B |
| | § | |
| KNIGHT TRANSPORTATION, INC. and GEORGE M. MUTHEE, | § § | |
| | § | |
| Defendants. | § | |

### APPENDIX NO. 2 TO PLAINTIFF KELLY ASHTON'S REPLY TO DEFENDANTS' FIRST AMENDED RESPONSE TO KELLY ASHTON'S MOTION FOR SANCTIONS FOR SPOLIATION OR FOR AN ADVERSE-INFERENCE JURY INSTRUCTION

1.    Tire Distribution Systems, Inc. Invoices and Repair Order Detail

2.    Diversion Agreement filed in *State of Kansas v. George M. Muthee*; No. 09-CR-60

3.    Motion to Amend Complaint filed in *State of Kansas v. George M. Muthee*; No. 09-CR-60

4.    Knight Transportation's Motion to Quash Subpoena for Records filed in *State of Kansas v. George M. Muthee*; No. 09-CR-60

5.    Defendant George Muthee's Responses and Objections to Plaintiffs' First Set of Request for Production

6.    Roger Drury Warren, M.D. deposition excerpts

7.    Picture of Don Ashton's body

8.      Jaime Oeberst, M.D. deposition excerpts

9.      Knight Transportation Services Unit Locations Display

10.     Emails

11.     Brett Sant deposition excerpts

Respectfully submitted,

/s/ Michael F. Pezzulli____
    MICHAEL F. PEZZULLI
    State Bar No. 15881900
    CHRISTOPHER L. BARNES
    State Bar No. 00792175
    **PEZZULLI BARNES, LLP**
    17300 Preston Road, Suite 220
    Dallas, Texas  75252
    (972) 713-1300
    (972) 713-1333 fax

    **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that on October 19, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/Michael F. Pezzulli
Michael F. Pezzulli