## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **KELLY L. ASHTON, Individually and** | § | |
| **as the Independent Executor of the Estate** | § | |
| **of Donald Ray Ashton, Deceased,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. No. 3-09-cv-0759-B** |
| | § | |
| **KNIGHT TRANSPORTATION, INC.** | § | |
| **and GEORGE M. MUTHEE** | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' WITNESS LIST

Now come **KNIGHT TRANSPORTATION, INC.** and **GEORGE M. MUTHEE**, Defendants in

the above styled and numbered cause, and file their Witness List for the evidentiary hearing on

Plaintiff's Motion for Sanctions for Spoliation:

### I. EXPECTED TO CALL

1. Mr. Greg Williams
   803 Sun Land Park Dr., Suite E
   El Paso, Texas 79912

2. Mr. Steve McKinzie
   16012 Metcalf Ave., Ste 300
   Stilwell, KS 66085

3. Cory Paul, Maintenance, Knight Transportation, Inc.
   c/o Michael P. Sharp
   Fee, Smith, Sharp & Vitullo
   13155 Noel Rd., Ste. 1000
   Dallas, TX 75240

4.  Cory Staheli, V.P. IT Knight Transportation, Inc.
    c/o Michael P. Sharp
    Fee, Smith, Sharp & Vitullo
    13155 Noel Rd., Ste. 1000
    Dallas, TX 75240

5.  Tim Pollock, Knight Transportation, Inc.
    c/o Michael P. Sharp
    Fee, Smith, Sharp & Vitullo
    13155 Noel Rd., Ste. 1000
    Dallas, TX 75240

## II. POSSIBLE WITNESSES

6.  Mr. George Muthee
    c/o Michael P. Sharp
    Fee, Smith, Sharp & Vitullo
    13155 Noel Rd., Ste. 1000
    Dallas, TX 75240

7.  Mr. Bret Sant
    c/o Michael P. Sharp
    Fee, Smith, Sharp & Vitullo
    13155 Noel Rd., Ste. 1000
    Dallas, TX 75240

8.  Trooper Kip Ballinger
    700 S.W. Jackson, STE 704
    Topeka, KS 66603

9.  Lee Baty and/or Theresa Otto
    Baty, Holm, & Numrich, PC
    4600 Madison Ave, Suite 210
    Kansas City, MO 64112

10. David Williams, Knight Transportation, Inc.
    c/o Michael P. Sharp
    Fee, Smith, Sharp & Vitullo
    13155 Noel Rd., Ste. 1000
    Dallas, TX 75240

Respectfully submitted,

/s/ Michael P. Sharp
**MICHAEL P. SHARP**
State Bar No. 00788857
**DANIEL M. KARP**
State Bar No. 24012937
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100 (Telephone)
(972) 934-9200 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**
**KNIGHT TRANSPORATION, INC. and**
**GEORGE M. MUTHEE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, and delivered to the following attorney of record.

Michael F. Pezzulli
Christopher L. Barnes
Pezulli Barnes, L.L.P.
17300 Preston Road, Suite 220
Dallas, Texas 75252

/s/ Michael P. Sharp

**MICHAEL P. SHARP**