IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLY L. ASHTON, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 3:09-CV-00759-B |
| KNIGHT TRANSPORTATION, INC. and GEORGE M. MUTHEE, | § § § § | |
| Defendants. | § § | |

## PLAINTIFF KELLY L. ASHTON'S LIST OF WITNESSES AND EXHIBITS FOR PLAINTIFF'S MOTION FOR SANCTIONS FOR SPOLIATION OR FOR AN ADVERSE-INFERENCE JURY INSTRUCTION HEARING

Plaintiff Kelly L. Ashton, Individually and as the Independent Executor of the

Estate of Donald Ray Ashton, Deceased files this her Witness and Exhibit List:

**Witnesses**:

Billy Chick
1401 Desarae 01
San Antonio, Texas 78253

Trooper Kip C Ballinger
Kansas Highway Patrol
700 W. Jackson, Suite 704
Topeka, KS 66603

Christopher Sandberg
1351 W. Granada Court
Ontario, CA 91762

**By Deposition**:

Brett Sant

Will Helton

**Plaintiff Kelly L. Ashton, Individually and as the Independent Executor of the Estate of Donald Ray Ashton, Deceased, Witness and Exhibit List** **– Page 1**

Roger Warren, M.D.

Jaime Oeberst, M.D.

Lt. Joel Cates, Kansas Highway Patrol

George Muthee

## By Affidavit or Declaration:

Scott Walker

Billy Chick

## Exhibits:

| No. | Description | Depo. Ex. or Bates No. |
|---|---|---|
| 1. | Kansas Highway Patrol Records | Kansas Highway Patrol 1-167 |
| 2. | Photos of accident site | Tab 2 to Appendix to Motion for Spoliation |
| 3. | Photo of red piece of faring from Knight's vehicle | Tab 5 to Appendix to Motion for Spoliation |
| 4. | Scott R. Walker Affidavit | Tab 6 to Appendix to Motion for Spoliation |
| 5. | Volvo Title | Tab 7 to Appendix to Motion for Spoliation |
| 6. | Declaration of Billy Chick | Tab 8 to Appendix to Motion for Spoliation |
| 7. | Knight's First Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories | Tab 9 to Appendix to Motion for Spoliation |
| 8. | Volvo Repair Order | KTI 14, KTI 350-351, KTI 604-607; Tab 10 to Appendix to Motion for Spoliation |
| 9. | Knight's Responses and Objections to Kelly Ashton's Third Set of Interrogatories | Tab 12 to Appendix to Motion for Spoliation |
| 10. | Affidavit of Robert S. McKinzie | Tab 13 to Appendix to Motion for Spoliation |
| 11. | Report of Ryan Rezzelle | Tab 14 to Appendix to |

| | | |
|---|---|---|
| | | Motion for Spoliation |
| 12. | Ryan M. Rezzelle Website | Tab 15 to Appendix to Motion for Spoliation |
| 13. | Ryan M. Rezzelle Forensic DNA Testing Program website | Tab 16 to Appendix to Motion for Spoliation |
| 14. | Knight Transportation Service Center Locations | Tab 17 to Appendix to Motion for Spoliation |
| 15. | Knight's Initial Rule 26 Disclosure | Tab 19 to Appendix to Motion for Spoliation |
| 16. | Knight's Rule 26(a)(2) Disclosures | Tab 20 to Appendix to Motion for Spoliation |
| 17. | Kelly Ashton's First Request for Production to Defendant Knight Transportation | Tab 21 to Appendix to Motion for Spoliation |
| 18. | Knight's Responses and Objections to Plaintiffs' First Set of Request for Production | Tab 22 to Appendix to Motion for Spoliation |
| 19. | Knight's Driver Violation Inquiry | Tab 23 to Appendix to Motion for Spoliation |
| 20. | Email exchange between M. Pezzulli and D. Karp regarding Driver Violation Inquiry | Tab 24 to Appendix to Motion for Spoliation |
| 21. | Emails between Michael Pezzulli and Daniel Karp | |
| 22. | Knight's Screenshot for Driver's Violation Inquiry | Tab 25 to Appendix to Motion for Spoliation |
| 23. | Excerpts from Stopper & Associates expert report | Tab 26 to Appendix to Motion for Spoliation |
| 24. | September 23, 2009 correspondence from C Barnes to D Karp regarding discovery issues | Tab 27 to Appendix to Motion for Spoliation |
| 25. | Qualcomm Equipment communications | Tab 28 to Appendix to Motion for Spoliation |
| 26. | Knight's original production of Qualcomm email messages | Tab 29 to Appendix to Motion for Spoliation |
| 27. | Email exchange between M. Pezzulli and D. Karp regarding Qualcomm supplementation | Tab 30 to Appendix to Motion for Spoliation |
| 28. | Driver's Daily Logs | Tab 31 to Appendix to Motion for Spoliation |
| 29. | Photos of G. Muthee's cell phone | Tab 32 to Appendix to Motion for Spoliation |

| 30. | Ontario Police Department records | Tab 33 to Appendix to Motion for Spoliation |
|-----|-----------------------------------|---------------------------------------------|
| 31. | Tire Distribution Systems, Inc. Invoices and Repair Order Detail | Tab 1 to Appendix No. 2 to Plaintiff Kelly Ashton's Reply |
| 32. | Diversion Agreement filed in *State of Kansas v. George M. Muthee*;  No. 09-CR-60 | Tab 2 to Appendix No. 2 to Plaintiff Kelly Ashton's Reply |
| 33. | Motion to Amend Complaint filed in *State of Kansas v. George M. Muthee*; No. 09-CR-60 | Tab 3 to Appendix No. 2 to Plaintiff Kelly Ashton's Reply |
| 34. | Knight Transportation's Motion to Quash Subpoena for Records filed in *State of Kansas v. George M. Muthee*; No. 09-CR-60 | Tab 4 to Appendix No. 2 to Plaintiff Kelly Ashton's Reply |
| 35. | Defendant George Muthee's Responses and Objections to Plaintiffs' First Set of Request for Production | Tab 4 to Appendix No. 2 to Plaintiff Kelly Ashton's Reply |
| 36. | State of Kansas v. George Muthee Complaint Information | Muthee Ex. 1 (PLF-KA-2218-2221) |
| 37. | Muthee Work Record Application | Muthee Ex. 17 (KTI 647) |
| 38. | Muthee Application for Employment | Muthee Ex. 18 (KTI 644-647) |
| 39. | Emails from Ballinger | Ballinger Ex. 16 |
| 40. | Republic County District Attorney's records | PLF-KA-2188-2221 |
| 41. | Records from Republic County District Attorney's office | PLF-KA-2274-2281 |
| 42. | Photos of the Hummer | PLF-KA-3187-3231 |
| 43. | Sedgwick County Forensic Science Center records for Don Ashton | PLF-KA-2490-2509 |
| 44. | David A. Stopper expert report | |
| 45. | Robert S. McKinzie report and photographs | |
| 46. | Robert S. McKinzie case materials | |
| 47. | Steve Irwin's report and case materials | |
| 48. | Trooper Ballinger – KHP documents | Ballinger Ex. 1 |
| 49. | Investigative Fatality Report | Ballinger Ex. 10 |
| 50. | Trooper Walker's Report | Ballinger Ex. 12 |
| 51. | Trooper Ballinger's CV | Ballinger Ex. 15 |
| 52. | Email correspondence | Ballinger Ex. 16 |
| 53. | Ballinger's Manilla Folder | Ballinger Ex. 19 |
| 54. | Ballinger's Qualcomm data | Ballinger Ex. 20 |
| 55. | Ballinger's Remainder of file documents | Ballinger Ex 22 |

| | | |
|---|---|---|
| 56. | Photos of Billy Chick truck | |
| 57. | Quad K Leasing, Inc.'s Repair Order Detail Reports | KTI 13-76 |
| 58. | Repair Order Details | KTI 77-502 |
| 59. | Driver's Vehicle Inspection Reports and Daily Logs | KTI 546-555 |
| 60. | Knight's Trip Sheets | KTI 587-602 |
| 61. | Knight's Unit Locations Display | |
| 62. | Federal Motor Carrier Safety Regulation Standards Title 49 C.F.R. | |
| 63. | Muthee employment file | KTI 640-798 |
| 64. | Ruling in No. CV-2006-3562; *McAchran, et al v. Knight Transportation* | |
| 65. | Muthee criminal file | |
| 66. | Republic County Attorney file produced in response to subpoena issued by Plaintiff | |
| 67. | September 24, 2010 hearing transcript | |
| 68. | William Helton Deposition | |
| 69. | Trooper Kip C Ballinger Deposition | |
| 70. | Roger Warren, M.D. Deposition | |
| 71. | Jaime Oeberst, M.D. Deposition | |
| 72. | George Muthee Deposition | |
| 73. | Lt. Joel Cates Deposition | |
| 74. | Brett Sant Deposition | |
| 75. | Fairing from the tractor | |
| 76. | Joint Status Report (filed Dec. 3, 2009)(doc 43) | |
| 77. | October 18, 2010 correspondence from C. Barnes to D Karp | |
| 78. | Timeline (demonstrative) | |
| 79. | Knight's Answers and Objections to Request for Admissions | |
| 80. | Knight's Responses and Objections to First Set of Interrogatories | |
| 81. | Knight's Second Supplemental Responses and Objections to Plaintiff's First Set of Request for Production | |
| 82. | Knight's Responses and Objections to Plaintiffs' Second Set of Request for Production | |
| 83. | G. Muthee's Answer and Objections to Request for Admission | |
| 84. | Muthee's Supplemental Responses to Plaintiffs' First Set of Request for Production | |

| 85. | Muthee's Responses and Objections to Plaintiff's Second Request for Production | |
|-----|---|---|
| 86. | Muthee's Responses and Objections to Plaintiffs' First Set of Interrogatories | |
| 87. | Knight's Responses and Objections to Plaintiff's Third Request for Production | |
| 88. | Muthee's Supplemental Responses to Plaintiffs' Second Set of Request for Production | |

Respectfully submitted,

    /s/ Michael F. Pezzulli
    MICHAEL F. PEZZULLI
    State Bar No. 15881900
    CHRISTOPHER L. BARNES
    State Bar No. 00792175
    **PEZZULLI BARNES, LLP**
    17300 Preston Road, Suite 220
    Dallas, Texas  75252
    (972) 713-1300
    (972) 713-1333 fax

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.  Plaintiff's counsel also hand delivered a copy of Plaintiff's Exhibits to opposing counsel as required by the Court.

    /s/Michael F. Pezzulli
    Michael F. Pezzulli